**Bruce MOYE, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27152.

Court of Criminal Appeals of Texas.

Nov. 10, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for a violation of the liquor law in Navarro County. The penalty assessed is a fine of $150 and confinement in the county jail for ten days.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. In the absence thereof nothing is presented for review.

The judgment of the trial court is affirmed.